**Jesus Calvillo ALEMAN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–75378.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 6, 2006.*

Filed March 10, 2006.

Jesus Calvillo Aleman, Indio, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: BEEZER, T.G. NELSON and BEA, Circuit Judges.

### MEMORANDUM **

This is a petition for review from the Board of Immigration Appeals' denial of petitioner's motion to reopen. Upon review of the record and petitioner's opening brief, we conclude that the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, respondent's motion for summary disposition is granted.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.